```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAMED MUSAID,

               Petitioner,

    - against -

MICHAEL KIRKPATRICK, *Superintendent of Clinton Correctional Facility*,

               Respondent.
-------------------------------------------------------------X

19-CV-7944 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Within seven (7) days, Petitioner shall re-upload the documents filed at Dkt. 25-1.

Petitioner is instructed to generate and file copies that are as clear and legible as possible.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2021
      New York, New York

Copies transmitted this date to all counsel of record.