```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOHAMED MUSAID,

                Petitioner,

    - against -

MICHAEL KIRKPATRICK, *Superintendent of Clinton Correctional Facility*,

                Respondent.
-----------------------------------------------------------X

19-CV-7944 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The trial judge in the state court proceedings giving rise to this habeas petition ordered numerous § 730 evaluations between 2008 and 2014, suggesting that Petitioner appeared before the trial judge numerous times during that period. However, the earliest transcript submitted by the State is from the retention hearing held on December 16, 2013.

The Court thus requests that the State submit a letter indicating whether Petitioner appeared in front of the trial judge before ordering each of the § 730 examinations ordered in this case, and whether defense counsel requested the § 730 examinations or the judge ordered them sua sponte. To the extent there are transcripts of any of those hearings, the State is instructed to file them on the docket by April 20, 2021. If no such transcripts exist, the State shall so state in a filing on the docket.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: April 12, 2021
      New York, New York

Copies transmitted this date to all counsel of record.