**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2021

April 13, 2021

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007
Filed on ECF

> Re:  Mohamed Musaid v. Michael Kirkpatrick
> 19 Civ. 7944 (AT) (RWL)

Your Honor:

I am the attorney representing the respondent in the above-captioned habeas proceeding. Your Honor's April 12, 2021 order directed the respondent to submit a letter indicating whether the Petitioner appeared in front of the trial judge before ordering each of the § 730 examinations ordered in this case, and whether defense counsel requested the § 730 examinations or the judge ordered them sua sponte. Your order also asked the respondent to file transcripts of those hearings, to the extent any exist, on the docket by April 20, 2021.

I write to request a 30-day extenstion, to May 20, 2021. I am engaged in preparing a brief on an appeal that is currently before the Appellate Division of the New York Supreme Court, First Judicial Department. That brief must be filed on or about April 21, 2021. Furthermore, in order to address the issues raised in the Court's order, I will need to order the case file from our records department which often takes one week or more, and read through the voluminous records. Petitioner's counsel has consented to this request.

I apologize for any inconvenience that this request might cause.  Thank you for your consideration.

Respectfully submitted,

Ellen Stanfield Friedman (EF-1122)
Assistant District Attorney

D I S T R I C T   A T T O R N E Y   C O U N T Y   O F   N E W   Y O R K

Honorable Robert W. Lehrburger                    2                    April 13, 2021

One Hogan Place
New York, N.Y. 10013
(212) 335-9307
Email: friedmane@dany.nyc.gov

cc:    Jeffrey Pittell
       Maher & Pittell, LLP
       42-40 Bell Blvd., Ste 302
       Bayside, NY 11361
       jp@pittell.com

SO ORDERED:

4/14/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE