```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAMED MUSAID,

      Petitioner,

  - against -

MICHAEL KIRKPATRICK, *Superintendent of Clinton Correctional Facility*,

      Respondent.
-------------------------------------------------------------X

19-CV-7944 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By May 20, 2021, the parties shall inform the Court if there is any record in the case file indicating that defense counsel requested a § 730 hearing after the final § 730 evaluations were conducted on April 15, 2015. If any such record exists, the parties shall file it on the docket.

            SO ORDERED.

            _____
            ROBERT W. LEHRBURGER
            UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2021
   New York, New York

Copies transmitted this date to all counsel of record.