USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMED MUSAID,

      Petitioner,

  - against -

MICHAEL KIRKPATRICK, *Superintendent of Clinton Correctional Facility*,

      Respondent.
------------------------------------------------------------X

19-CV-7944 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  The October 18, 2013 application for an order of retention by the Mid-Hudson Forensic Psychiatric Center references a psychological examination report that was submitted in support of the application. (Dkt. 28, Ex. 1 at 17.) That examination report does not appear in the record along with the others. To be clear, that report would be different from the one submitted in support of the October 17, 2014 application for an order of retention by Mid-Hudson (Dkt. 28, Ex. 1 at 20), which does appear in the record (Dkt. 18, Ex. S). By May 20, 2021, when the parties have been directed to file other supplementary materials, they shall also file the report submitted in support of the October 18, 2013 application for an order of retention or, if they are unable to locate that report, file a representation so stating.

          SO ORDERED.

          _____
          ROBERT W. LEHRBURGER
          UNITED STATES MAGISTRATE JUDGE

Dated: May 14, 2021
       New York, New York

Copies transmitted this date to all counsel of record.