UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED MUSAID,

                  Petitioner,

-against-

MICHAEL KIRKPATRICK, Superintendent,
Clinton Correctional Facility,

                  Respondent.

19-CV-7944 (AT) (RWL)

ORDER FOR SUBSTITUTION
OF ATTORNEY

ANALISA TORRES, United States District Judge:

    It is hereby ORDERED that Assistant District Attorney Vincent Rivellese be susbtituted as counsel for respondent. The Clerk is directed to terminate Assistant District Attorney Ellen Stanfield Friedman as counsel for respondent.

SO ORDERED.

_____
ANALISA TORRES
United States District Judge

Dated:    September \_\_\_, 2021
               New York, NY

SO ORDERED:

_____  10/08/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE