USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021

## MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York  11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York  11021
Tel (516) 829-2299
jp@jpittell.com

October 7, 2021

Hon. Analisa Torres
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Musaid v. Kirkpatrick*, 19 cv 7944 (AT) - {Habeas Petition}

Dear Judge Torres:

I am counsel for Mohamed Musaid, the petitioner in the above referenced habeas petition.

Mr. Musaid is currently serving a prison sentence of twenty-five years to life imposed pursuant to a conviction, for murder in the second degree, following a jury trial in the Supreme Court of the State of New York, New York County.

The principal issue raised in the habeas petition is whether Mr. Musaid was competent to stand trial. Prior to the trial, he had been found unfit to proceed numerous times before the trial finally commenced several years following his arrest.

Previously, the matter was referred to Magistrate Lehrburger for issuance of a Report and Recommendation ("R&R"). The parties have submitted lengthy memoranda, appendices and exhibits is support of their respective arguments. In response, Magistrate Lehrburger issued a 141 page R&R.

Currently, the deadline for the parties to file objections to the R&R is October 11, 2021. Due to the voluminous nature of the R&R, and underlying record, and other professional commitments, I seek additional time to submit objections to the R&R. Accordingly, please accept this letter in lieu of a formal motion for an extension of the deadline -- to December 6, 2021-- for both parties to submit their respective objections to the R&R.

Prior to submission of this application, I conferred with counsel for respondent who consents to application.

GRANTED.

SO ORDERED.

Dated: October 8, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge