**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOHAMED MUSAID,

                       Petitioner,                                    19 **CIVIL** 7944 (AT)(RWL)

        -against-                                             **JUDGMENT**

MICHAEL KIRKPATRICK, SUPERINTENDENT
OF CLINTON CORRECTIONAL FACILITY,

                        Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 31, 2023, the Court has OVERRULED Musaid's

objections to the R&R and has ADOPTED the R&R's conclusions. The Petition is DENIED, and

Musaid's request for a COA is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       February 1, 2023

                                          **RUBY J. KRAJICK**

                                          _____
                                           **Clerk of Court**
         **BY:**     K. mango
                                            _____
                                            **Deputy Clerk**