USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED MUSAID,

        Petitioner,

-against-

MICHAEL KIRKPATRICK, SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY,

        Respondent.

19 Civ. 7944 (AT) (RWL)

**AMENDED JUDGMENT IN A CIVIL CASE**

ANALISA TORRES, District Judge:

    On August 23, 2019, Petitioner, Mohamed Musaid, filed a *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). Pet., ECF No. 1. On January 31, 2023, the Court denied the Petition. Order, ECF No. 52; *see* Report & Recommendation, ECF No. 39. By order dated September 4, 2024, the Second Circuit reversed the Order and remanded with instructions to conditionally grant the Petition. *Musaid v. Kirkpatrick*, 114 F.4th 90 (2d Cir. 2024).

    Accordingly, it is hereby ORDERED AND ADJUDGED that pursuant to the Second Circuit's Mandate, ECF No. 58, the Petition is conditionally GRANTED. The state court is directed:

> to consider whether to conduct a hearing to determine Musaid's competence just before trial. If the state court determines that it cannot hold a hearing to reconstruct Musaid's fitness at the relevant time, or if it holds such a hearing and determines that it is not sufficiently convinced that Musaid was competent at the time of trial, issuance of the writ would be appropriate unless the state brings Musaid to trial within a reasonable time with a finding that he is competent for such a trial.

*Musaid*, 114 F.4th at 118.

    SO ORDERED.

Dated: September 26, 2024
       New York, New York

ANALISA TORRES
United States District Judge